IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No.   12-CR-4-wmc <br> ) |
| NICOLAI D. QUINN, | ) <br> ) |
| Defendant. | ) <br> ) |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1.  On January 13, 2012, an information was filed against defendant Nicolai D. Quinn.  The one-count information charged Quinn with possessing a Maxtor hard drive, serial number L42VGSWG, containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically said hard drive and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and the depictions are of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

2.  On March 2, 2012, the defendant entered a plea of guilty to Count 1 of the information, pursuant to a written plea agreement.  The plea agreement called for the defendant to forfeit property, specifically described as an HP Pavilion Slimline computer, together with a Maxtor hard drive, serial number L42VGSWG, found within

the HP Computer, and an E-Machines 500IS computer, together with a Seagate hard drive, serial number 6DL03PVK found within the E-Machines computer.

3. On March 12, 2012, the court entered a Preliminary Order of Forfeiture.

4. Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov from March 14, 2012, to April 12, 2012.

5. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. The following items are forfeited to the United States:

   a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines; and

   b. all property used or intended to be used to commit or to promote the commission of the offenses in the indictment, specifically described as an HP Pavilion Slimline computer, together with a Maxtor hard drive, serial number L42VGSWG, found within the HP Computer, and an E-Machines 500IS computer, together with a Seagate hard drive, serial number 6DL03PVK, found within the E-Machines computer.

2. The Federal Bureau of Investigation is to dispose of the above items in accordance with federal law.

ORDERED this 23rd day of May 2012.

WILLIAM M. CONLEY
United States District Judge

2